# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GILL CUSTOM APPLICATION, LLC**                                                      **PLAINTIFF**

v.                              **CASE NO. 2:24-CV-00053-BSM**

**RLI INSURANCE COMPANY**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE